**Order entered April 26, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00184-CV

### IN THE INTEREST OF A.M.C. AND E.N.C., III, CHILDREN

### On Appeal from the 330th Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. DF-12-21078

## ORDER

Appellant filed a motion to stay proceedings in the trial court pursuant to the Service Members Civil Relief Act. *See* 50 U.S.C.A. § 3932. By order dated April 1, 2019, the trial court granted the motion to stay proceedings and abated the case "as to all matters until June 30, 2019 or until further Order of this Court." Before the Court is appellee's April 2, 2019 motion for stay. At the time the trial court signed the April 1 order, appellee had pending in the trial court a motion for temporary orders pending appeal. *See* TEX. FAM. CODE ANN. § 109.001(a). Appellee asserts in her motion that the trial court will lose jurisdiction to hear and consider her motion for temporary orders. *See id*. § 109.001(b-2). In light of the trial court's April 1 order, proceedings in the trial court are abated, including the hearing on her motion for temporary orders pending appeal. For this reason, we **DENY** appellee's motion.

Also before the Court is appellant's April 25, 2019 motion seeking a sixty-day extension of time to file his brief. We **GRANT** the motion and extend the time to **June 28, 2019**.

/s/ KEN MOLBERG
   JUSTICE